UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA FARAGOSA | : | Civil Case No. 3:16-cv-00584 |
| Plaintiff | : | |
| v. | : | |
| THE WILLIAM W. BACKUS HOSPITAL | : | |
| Defendant | : | NOVEMBER 17, 2016 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Donna Faragosa and Defendant The William W. Backus Hospital through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| DONNA FARAGOSA | THE WILLIAM W. BACKUS HOSPITAL |
| | |
| By:*/s/ Michael Reilly* | By: */s/ Sally Welch St. Onge* |
| Michael Reilly (ct 28651) | David R. Jimenez (ct 27357) |
| mreilly@cicchielloesq.com | jimenezd@jacksonlewis.com |
| Cicchiello & Cicchiello, LLP | Sally Welch St. Onge (ct 27683) |
| 364 Franklin Avenue | sally.stonge@jacksonlewis.com |
| Hartford, CT  06114 | Jackson Lewis P.C. |
| Telephone: (860) | 90 State House Square, 8th Floor |
| Facsimile: (860) | Hartford, CT 06103 |
| *Her Attorney* | Telephone: (860) 522-0404 |
| | Facsimile: (860) 247-1330 |
| | *Its Attorney* |